■ In the Matter of STAN A. BUCZKOWSKI et al., Candidates Aggrieved, Appellants, v EDWARD MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents.— Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)